## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF FLORIDA
## LOUISVILLE DIVISION

CLIFTON PITTMAN,

      Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC.;
TRANSUNION, LLC; and EXPERIAN
INFORMATION SOLUTIONS, INC.

      Defendants.

Case No. 3:24-cv-00641-BJB

## DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S
## ANSWER TO PLAINTIFF'S COMPLAINT

Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk"), a Georgia corporation, by and through its counsel, answers the Amended Verified Complaint filed by Plaintiff Clifton Pittman ("Plaintiff") as follows:

## I.      PRELIMINARY STATEMENT

1.      LexisNexis Risk admits that Plaintiff purports to bring this Complaint against LexisNexis Risk, Experian Information Solutions, Inc. ("Experian"), and Trans Union, LLC ("Trans Union") for violations of the Fair Credit Reporting Act ("FCRA"). LexisNexis Risk denies that it violated the FCRA. Except as expressly admitted above, LexisNexis Risk denies the allegations in the preliminary statement of the Complaint.

1

## II.    **PARTIES**

2.    LexisNexis Risk denies the allegations in Paragraph 2 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

3.    LexisNexis Risk admits that Plaintiff is a consumer as defined by the FCRA.

4.    LexisNexis Risk admits that it is a Georgia corporation with its principal place of business at 1000 Alderman Drive, Alpharetta, Georgia 30005. Except as expressly admitted, LexisNexis Risk denies the allegations in Paragraph 4.

5.    LexisNexis Risk denies the allegations in Paragraph 5.

6.    LexisNexis Risk denies the allegations in Paragraph 6 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

7.    LexisNexis Risk denies the allegations in Paragraph 7 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

8.    LexisNexis Risk denies the allegations in Paragraph 8 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

9.    LexisNexis Risk denies the allegations in Paragraph 9 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

10.    LexisNexis Risk denies the allegations in Paragraph 10 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

11.    LexisNexis Risk denies the allegations in Paragraph 11 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

### III.    JURISDICTION

12.    LexisNexis Risk admits that this Court has jurisdiction over Plaintiff's claims.

### IV.    FACTUAL BACKGROUND

### Experian, Trans Union

13.    LexisNexis Risk denies the allegations in Paragraph 13 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

14.    LexisNexis Risk denies the allegations in Paragraph 14 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

15.    LexisNexis Risk denies the allegations in Paragraph 15 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

16.    LexisNexis Risk denies the allegations in Paragraph 16 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

17.    LexisNexis Risk denies the allegations in Paragraph 17 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

18.    LexisNexis Risk denies the allegations in Paragraph 18 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

### LexisNexis

19.    LexisNexis Risk denies the allegations in Paragraph 19 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged. Moreover,

the allegation regarding "a LexisNexis accounting reporting" is unintelligible such that LexisNexis cannot provide a response, and on that additional basis, denies the allegation.

20.     LexisNexis Risk admits that Plaintiff sent a letter to LexisNexis dated June 26, 2024.  Except as expressly admitted, LexisNexis Risk denies the allegations in Paragraph 20.

21.     LexisNexis Risk denies the allegations in Paragraph 21.

22.     LexisNexis Risk denies the allegations in Paragraph 22.

**Negligent Violation of the Fair Credit Reporting Act – LexisNexis**

23.     LexisNexis Risk restates and incorporates its responses to Paragraphs 1 through 22 above.

24.     LexisNexis Risk denies the allegations in Paragraph 24.

25.     LexisNexis Risk denies the allegations in Paragraph 25.

**Negligent Violation of the Fair Credit Reporting Act – Trans Union**

26.     LexisNexis Risk restates and incorporates its responses to Paragraphs 1 through 25 above.

27.     LexisNexis Risk denies the allegations in Paragraph 27 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

28.     LexisNexis Risk denies the allegations in Paragraph 28 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

29.     LexisNexis Risk denies the allegations in Paragraph 29 for lack of knowledge

or information sufficient to form a belief as to the truth of the matters alleged.

**Negligent Violation of the Fair Credit Reporting Act – Experian**

30.     LexisNexis Risk restates and incorporates its responses to Paragraphs 1 through 29 above.

31.     LexisNexis Risk denies the allegations in Paragraph 31 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

32.     LexisNexis Risk denies the allegations in Paragraph 32 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

33.     LexisNexis Risk denies the allegations in Paragraph 33 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

**Willful Violation of the Fair Credit Reporting Act – LexisNexis**

34.     LexisNexis Risk restates and incorporates its responses to Paragraphs 1 through 33 above.

35.     LexisNexis Risk denies the allegations in Paragraph 35.

36.     LexisNexis Risk denies the allegations in Paragraph 36.

**Willful Violation of the Fair Credit Reporting Act – Trans Union**

37.     LexisNexis Risk restates and incorporates its responses to Paragraphs 1 through 36 above.

38.     LexisNexis Risk denies the allegations in Paragraph 38 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

39.     LexisNexis Risk denies the allegations in Paragraph 39 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

**Willful Violation of the Fair Credit Reporting Act – Experian**

40.     LexisNexis Risk restates and incorporates its responses to Paragraphs 1 through 39 above.

41.     LexisNexis Risk denies the allegations in Paragraph 41 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

42.     LexisNexis Risk denies the allegations in Paragraph 42 for lack of knowledge or information sufficient to form a belief as to the truth of the matters alleged.

**PRAYER FOR RELIEF**

LexisNexis Risk asserts that Plaintiff is not entitled to any of the relief requested in the untitled final section of the Complaint.  To the extent that this section of the Complaint includes allegations requiring a response, LexisNexis Risk denies those allegations.

**<u>LEXISNEXIS RISK'S AFFIRMATIVE DEFENSES</u>**

Without admitting any of the allegations in Plaintiff's Complaint, and without admitting or acknowledging that LexisNexis Risk bears the burden of proof as to any of them, LexisNexis Risk asserts the following separate and individual affirmative defenses. LexisNexis Risk intends to rely on any other defenses that become available or apparent during pretrial proceedings and discovery in this action and reserves the right to assert all

such defenses, including but not limited to those listed in Federal Rule of Civil Procedure 8(c).

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to the extent that it does not state a claim upon which the Court may grant relief.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to the extent that Plaintiff lacks standing or has not taken action necessary to recover under the FCRA.

## THIRD AFFIRMATIVE DEFENSE

Any recovery Plaintiff receives is subject to a set off if any damages are awarded against LexisNexis Risk in the amount of any damages or settlement amounts recovered by Plaintiff with respect to the same alleged damages. LexisNexis Risk is also entitled to have any damages that may be awarded to Plaintiff reduced by the value of any benefit or payment to Plaintiff from any collateral source.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages, if any, are the result of the acts, errors, and omissions of third parties not controlled by LexisNexis Risk, and those third parties were the sole cause of any such damages.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages, if any, are not compensable to the extent they are speculative or uncertain.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by lack of injury or damages, whether actual, presumed, or otherwise.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages, if any, are the result of Plaintiff's own acts, errors, and omissions, which were the sole cause of any such damages.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to allege facts sufficient to merit a recovery of actual damages, statutory damages, punitive damages, interest, attorney's fees, costs, or any other relief.

## NINTH AFFIRMATIVE DEFENSE

LexisNexis Risk reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, LexisNexis Risk requests this Court to enter a judgment:

1.      denying Plaintiff any and all relief in this case;

2.     dismissing Plaintiff's complaint in its entirety;

3.     dismissing this case with prejudice;

4.     awarding LexisNexis Risk its costs and attorneys' fees incurred in this case; and

5.     granting LexisNexis Risk all other remedies that the Court deems just and proper.


Dated: November 13, 2024

Respectfully submitted,

By: */s/ Meredith Jones Kingsley*
Meredith Jones Kingsley
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Tel: (404) 881-4793
Fax: (404) 881-7777

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on November 13, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

By: */s/ Meredith Jones Kingsley*
    Meredith Jones Kingsley