IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)


CLIFTON PITTMAN                                                          PLAINTIFF


v.                                                      CASE NO.:  3:24-cv-00641-BJB-RSE


LEXISNEXIS RISK SOLUTIONS, INC. et al.                          DEFENDANTS

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Clifton Pittman, and the Defendant, Experian Information Solutions, Inc, ("Experian"), each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs

Respectfully Submitted

*/s/ David W. Hemminger*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

*/s/Christopher Patrick Farris (with permission)*
Christopher Patrick Farris
Billings Law Firm PLLC
145 Constitution Street
Lexington, KY 40507
859-225-5240
Fax: 859-225-5241
Email: cpfarris@blfky.com
*Counsel for Defendant, Experian
Information Solutions, Inc.*